■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE FELICIANO, Appellant. [825 NYS2d 177]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ferdinand, J.), imposed June 29, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Ritter, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FOX, Appellant. [823 NYS2d 695]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 25, 2004 (*People v Fox,* 11 AD3d 709 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered March 27, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Adams, J.P., Santucci, Mastro and Spolzino, JJ., concur.